**IN the INTEREST OF: H.T.
a/k/a H.D., a Minor**

**753 MDA 2017**

Superior Court of Pennsylvania.

09/19/2017

CP–35–DP–0000015–2017
(Lackawanna)

Affirmed

**COM.**

v.

**GREEN, C.**

**212 WDA 2016**

Superior Court of Pennsylvania.

09/19/2017

CP–02–CR–0015533–2014 (Allegheny)

Vacated/Affirmed

**C.W.**

v.

**T.J.T.**

**1957 WDA 2016**

Superior Court of Pennsylvania.

09/19/2017

218 AD 2013 (Greene)

Affirmed

**COM.**

v.

**BIRDSELL, C.**

**2789 EDA 2016**

Superior Court of Pennsylvania.

09/20/2017

CP–15–CR–0000799–2015 (Chester)

Affirmed

**BANK OF NEW YORK MELLON**

v.

**CONTE, A.**

**2945 EDA 2016**

Superior Court of Pennsylvania.

9/20/2017

May Term, 2015 No. 103
(Philadelphia)

Affirmed

